UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wedge Water LLC DBA Wave Soda,<br><br>Plaintiff,<br><br>v.<br><br>Ocean Spray Cranberries, Inc., and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 3:21-cv-00809-GPC-BLM<br><br>**ORDER GRANTING UNOPPOSED EX PARTE MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT BY 21 DAYS** |

WHEREAS, Defendant, Ocean Spray Cranberries, Inc. ("Ocean Spray"), currently has until June 25, 2021 to respond to the Complaint filed in this action by Plaintiff, Wedge Water LLC ("Wedge Water"; Ocean Spray and Wedge Water are collectively referred to herein as the "Parties");

WHEREAS, another, related, first-filed action between the Parties is pending in the District of Massachusetts (the "Massachusetts Court"), entitled *Ocean Spray Cranberries, Inc. v. Wedge Water LLC*, case No. 1:21-cv-10669 ("the Massachusetts Action");

WHEREAS, on June 18, 2021, the Massachusetts Court issued a Memorandum and Order (Docket. No. 29) denying Wedge Water's Motion to Transfer the Massachusetts Action to this Court;

WHEREAS, in its June 18, 2021 Order, the Massachusetts Court directed the Parties, after the Motion to Stay pending in this Court is decided, to meet and confer regarding whether this action will or may be transferred to the District of Massachusetts;

WHEREAS, Ocean Spray has suggested to Wedge Water that, in light of the Massachusetts Court's Order, it voluntarily dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A), and Wave has responded that it has not yet decided how it will proceed;

WHEREAS, in light of these developments, Ocean Spray stipulated to a 21-day extension of Wedge Water's time to respond to Ocean Spray's Complaint in the Massachusetts Action.  The Massachusetts Court granted that extension on June 21, 2021; and

WHEREAS, Wedge Water has agreed to a 21-day extension for Ocean Spray to file a responsive pleading in this action;

NOW, THEREFORE, Ocean Spray's time to respond to the Complaint herein is hereby extended to and including July 16, 2021.

IT IS SO ORDERED.

Dated:  June 23, 2021

Hon. Gonzalo P. Curiel
United States District Judge

**ORDER GRANTING UNOPPOSED EX PARTE MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT BY 21 DAYS**